

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE: WALTER L. BOYAKI INDIVIDUALLY AND AS REPRESENTATIVE OF BOYAKI FAMILY TRUST, | § | No. 08-19-00119-CV |
| | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| Relators. | § | |
| | § | |

**O R D E R**

The Court has this day considered the Relators' emergency motion to stay Respondent's order signed on April 9, 2019 requiring Relators to join additional parties as defendants in the suit below and concludes that the motion should be GRANTED. The 210th District Court of El Paso County, Texas is ordered to stay the "Amended Order on Defendants' Motion to Abate" signed on April 9, 2019 entered in cause number 2019DCV0096, styled Walter L. Boyaki, Individually and as Representative of the Boyaki Family Trust v. Mark Seitz, Edward Carpenter, and the Foundation for the Diocese of El Paso, pending resolution of this original proceeding or further order of this Court. Further, the Court has determined that no action will be taken on the Relators' Petition for Writ of Mandamus pending a response from the Real Parties in Interest. The response is requested to be filed on or before May 22, 2019.

IT IS SO ORDERED this 23rd day of April, 2019.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.